IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA,
etc.,

      Plaintiff,

v.                                            CASE NO. 4:02cv389-RH/WCS

CAPITAL GROUP HEALTH SERVICES
OF FLORIDA, INC., etc., et al.,

      Defendants.
_____/

**ORDER REQUIRING GOVERNMENT TO FILE NOTICE
REGARDING CONSENT VEL NON TO DISMISSAL**

      This is a qui tam action. By notice filed June 14, 2004 (document 12), the government elected not to intervene.

      By order entered June 7, 2005, plaintiff's claims against defendants Capital Group Health Services of Florida, Inc. d/b/a Capital Health Plan ("CHP") and Tallahassee Memorial Healthcare, Inc. ("TMH") were dismissed for failure to state a claim on which relief could be granted. I did not direct the entry of judgment under Federal Rule of Civil Procedure 54(b), and judgment therefore was not entered.

By motion to dismiss filed July 28, 2005, relator Dominica Brodsky seeks dismissal of the only remaining claims, those against defendants Dr. Faisal Munasifi and Psych. Management Services, Inc., with prejudice.

A qui tam action may be dismissed by the relator only with the consent of the court and the government. *See* 31 U.S.C. §3730(b)(1). If the government consents, it must state its reasons. Accordingly,

IT IS ORDERED:

The government shall file a notice by August 25, 2005, stating whether it does or does not consent to entry of a judgment dismissing all claims in this action with prejudice, and, if the government consents, stating its reasons.

SO ORDERED this 10th day of August, 2005.

s/Robert L. Hinkle
Chief United States District Judge