# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION

UNITED STATES OF AMERICA,
etc.,

       Plaintiff,

v.                             CASE NO.  4:02cv389-RH/WCS

CAPITAL GROUP HEALTH SERVICES
OF FLORIDA, INC., etc., et al.,

       Defendants.
_____/

## ORDER SETTING HEARING ON MOTION FOR VOLUNTARY DISMISSAL

The relator in this qui tam action has moved for voluntary dismissal with prejudice of the claims against the remaining defendants.  The defendants have responded that they do not oppose the dismissal so long as defendants' right to seek an award of attorney's fees and costs is preserved.  The government has responded that it does not oppose the dismissal so long as it is without prejudice to the same claims if asserted directly by the government.  So that the terms of any dismissal may be appropriately addressed,

IT IS ORDERED:

By separate notice, the clerk shall set a hearing by telephone for the earliest

available date.  The relator shall be prepared to indicate whether he asserts

voluntary dismissal of the remaining claims should preclude defendants from

recovering costs or attorney's fees if otherwise available under governing law.  The

issue of whether defendants would in fact be entitled to an award of costs or

attorney's fees under governing law will not be addressed.  Defendants shall be

prepared to indicate whether they assert dismissal should be with or without

prejudice as to claims asserted directly by the government.  *See, e.g., United States*

*ex rel. Smith v. Lampers*, 69 Fed. Appx. 719 (6th Cir. 2003).

       SO ORDERED this 2d day of September, 2005.

                                 s/Robert L. Hinkle
                                 Chief United States District Judge